(109 So. 761)

### Elijah L. JONES v. STATE.  (6 Div. 763.)

(Supreme Court of Alabama.  Oct. 14, 1926.)

Certiorari to Court of Appeals.

Foster, Rice & Foster, of Tuscaloosa, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Elijah L. Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jones v. State, 21 Ala. App. 486, 109 So. 759.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.